# Court of Appeals
# of the State of Georgia

ATLANTA,   June 07, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1767. SINO-FUND, LLC v. GUIFANG ZHANG.

On July 29, 2015, the trial court entered a final judgment in favor of defendant Guifan Zhang in this civil case. Sino-Fund, LLC filed a motion for new trial, which the trial court denied on September 21, 2015. On October 22, 2015, Sino-Fund filed this direct appeal.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Sino-Fund filed its notice of appeal 31 days after the trial court's order was entered. Accordingly, Sino-Fund's appeal is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   06/07/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Sino-Fund originally filed its appeal in the Supreme Court, which transferred the case to this Court after finding no basis for jurisdiction in the Supreme Court.